Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

SHAWN EDWARD WEAVER
JENNIFER LEE WEAVER

CASE NO: 11-70435-HDH-13
HEARING DATE: 12/21/2011
HEARING TIME:  10:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 12/21/2011 at 10:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 12/21/2011 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    10/28/2011

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

| Date: | 10/28/2011 | /s/ Walter O'Cheskey |
|---|---|---|
| | | _____ |
| | | Walter O'Cheskey |
| | | Chapter 13 Trustee |

ADVANTA BANK CORP PO BOX 9217 OLD BETHPAGE NY 11804
AT&T 6707 BRENTWD STAIR RD FORT WORTH TX 76112
CHASE PO BOX 15298 WILMINGTON DE 19850
CITIBUSINESS PO BOX 6537 THE LAKES NV 88901
CITY OF WF/WFISD/WICHITA COUNTY C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
COGENT HEALTHCARE OF TEXAS PA PO BOX 974716 DALLAS TX 75397
FORD MOTOR CREDIT COMPANY DRAWER 55-953 CHAPTER 13 PO BOX 55000 DETROIT MI 48255
FORD MOTOR CREDIT COMPANY PO BOX 6275 DEARBORN MI 48121
H J MARKS FRE MAR REALTY 3100 SEYMOUR HWY STE 3118 WICHITA FALLS TX 76301
INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101
MARCOA PUBLISHING PO BOX 509100 SAN DIEGO CA 92150
MEDICAL BILLING SERVICES PO BOX 2285 WICHITA FALLS TX 76307
SHAWN EDWARD WEAVER & JENNIFER LEE WEAVER 4910 KITTY ST WICHITA FALLS TX 76310
SIMS 1ST NATIONAL 5TH & MAIN PINE BLUFF AR 71603
TEXOMA COMMUNITY CREDIT UNION PO BOX 1320 WICHITA FALLS TX 76307
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4 FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE WASHINGTON DC 20530
US BANK HOME MORTGAGE 4801 FREDERICA ST OWENSBORO KY 42301
XTREME TECHNOLOGIES 3118 5TH ST WICHITA FALLS TX 76301
XTREME TECHNOLOGIES 3118 SEYMOUR HWY WICHITA FALLS TX 76310
YELLOW BOOK USA PO BOX 3162 CEDAR RAPIDS IA 52406