Monte J. White & Associates
Monte J. White, State Bar No. 00785232
1106 Brook Avenue, Hamilton Place
Wichita Falls, Texas 76301
(940) 723-0099
(940) 723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| IN RE: | § | CASE NO. 11-70435-HDH-13 |
|---|---|---|
| | § | |
| Shawn Edward Weaver | § | |
| and | § | |
| Jennifer Lee Weaver, | § | |
| | § | |
| Debtors | § | |

NOTICE OF DEBTORS ADDRESS CHANGE

COMES NOW Jennifer Lee Weaver, Joint Debtor, and files this Notice of Address Change. Attorney for Debtors hereby notifies that proper address for service on Joint Debtor is:

    Jennifer:    4910 Kitty St
                        Wichita Falls, TX 76310

Dated: November 14, 2011

                                                Respectfully Submitted,

                                                /s/ Monte J. White
                                                Attorney for Debtors