Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 11-70435-HDH-13 |
| | § |
| Shawn Edward Weaver | § |
| and | § JUDGE HARLIN D. HALE |
| Jennifer Lee Weaver | § |
| | § HEARING DATE: 6/19/2013 |
| DEBTORS | § HEARING TIME: 10:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 6/19/2013, which is at least twenty-eight (28) days from the date of service hereof, at 10:00 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 208, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 04/23/2013, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Shawn Edward Weaver | § | CASE NO. 11-70435-HDH-13 |
| and | § | |
| Jennifer Lee Weaver | § | HEARING DATE: 6/19/2013 |
| DEBTOR(s) | § | HEARING TIME: 10:00 A.M. |

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 04/23/2013

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed: 10/26/2011

2. Date of Section 341 Meeting: 11/21/2011

3. First Payment Date: 11/25/2011

4. Date of Confirmation: 12/22/2011

5. Total Plan Term Prior to this Modification: 46

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval: 19

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 27

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 6/25/2013

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $5,579.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $5,253.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: NONE (paid ahead)

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

TRCC 8/8/2012

## II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

__X__ Plan payments remain at $309.00 per month until 10/25/2013 and then increase to $444.00 for remaining 23 months of plan.

Any arrears indicated in item 8 above shall be cured by the following method: N/A

## III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $309.00 will resume on or before 6/25/2013 for 4 months, then $444.00 for 23 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount remains the same in the amount of $17,319.00.

## IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

X  The unsecured creditor pool remains $0.

## V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| | | | | |
|---|---|---|---|---|
| CT | S-US Bank, NA | Homestead-4910 Kitty St., Wichita Falls, TX | $95,931.00 | Surrender in full satisfaction of debt |
| | | | | |
| CT | S-all property tax claims | " | Various | Surrender in full satisfaction of debt |

__  Check here if no changes are to be made to creditors.

Note:  Changes to any creditors above shall not be effective until the Modification is approved.

## VI.  ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee;

## VII.  REASON FOR MODIFICATION

This modification is requested for the following reason(s):  Debtors wish to surrender the homestead property at 4910 Kitty St., Wichita Falls, TX in full satisfaction of all debt owed against it.

## VIII.  BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

> Respectfully submitted,
>
> /s/Monte J. White
> Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on 04/23/2013, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.

> /s/Monte J. White
> Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 11-70435-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Tue Apr 23 14:33:54 CDT 2013 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | AT & T<br>Ft Worth Sales Office<br>6707 Brentwd Stair Rd<br>Fort Worth, TX 76112-3335 |
| Advanta Bank Corporation<br>CO Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Advantaa<br>PO Box 9217<br>Old Bethpage, NY 11804-9017 | Bassel & Wilcox, P.L.L.C.<br>P.O. Box 11509<br>Fort Worth, TX 76110-0509 |
| Chase<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | CitiBusiness<br>PO Box 6537<br>The Lakes, NV 88901-6537 |
| City of WF, WFISD, Wichita Co<br>CO Harold Lerew<br>P.O. Box 8188<br>Wichita Falls, Texas 76307-8188 | Cogent Health Care of Texas<br>PO Box 974716<br>Dallas, TX 75397-4716 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 |
| Ford Motor Credit Corporation<br>Ford Credit<br>PO Box 6275<br>Deerborn, MI 48121-6275 | H. J. Marks<br>FreMar Realty<br>3100 Seymour Hwy Ste 3118<br>Wichita Falls, TX 76301-1850 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jennifer Lee Weaver<br>4910 Kitty St<br>Wichita Falls, TX 76310-3506 | MARCOA<br>PO Box 509100<br>San Diego, CA 92150-9100 | Main Street Acquisition Corp<br>Becket and Lee LLP.<br>Attorneys-Agent for Creditor<br>POB 3001<br>MALVERN, PA 19355-0701 |
| Medical Billing Services<br>PO Box 2285<br>Wichita Falls, TX 76307-2285 | Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 | Shawn Edward Weaver<br>4910 Kitty Street<br>Wichita Falls, TX 76310-3506 |
| Simmons 1st National<br>5th & Main<br>Pine Bluff, AR 71603 | Simmons First National Bank<br>PO Box 7836<br>Pine Bluff, AR 71611-7836 | Texoma Community Cr Un<br>Po Box 1320<br>Wichita Falls, TX 76307-1320 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Bank National Association<br>CO BDFTE, LLP<br>15000 Surveyor Blvd. Suite 100<br>Addison, TX 75001-4417 | Us Bank Home Mortgage<br>4801 Frederica St<br>Owensboro, KY 42301-7441 |
| WICHITA FALLS CITY, ISD & WICHITA CO<br>CO PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | (c)XTREME TECHNOLOGIES<br>3118 5TH ST<br>WICHITA FALLS TX  76301-1821 | Yellow Book Sales & Distribution<br>CO RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 |

| | | |
|---|---|---|
| Yellowbook<br>PO Box 3162<br>Cedar Rapids, IA 52406-3162 | Jennifer Lee Weaver<br>3919 Barnett Road, #921<br>Wichita Falls, TX 76310-1737 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 |
| Shawn Edward Weaver<br>4811 Likins Circle, #706<br>Wichita Falls, TX 76308-4213 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company LLC<br>Drawer 55-953<br>P.O. Box 55000<br>Detroit, MI 48255-0953 | IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75246 | U.S. Bank National Association<br>4801 Frederica Street<br>Attn: Bankruptcy Dept.<br>Owensboro, KY 42301 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Xtreme Technologies
3118 Seymour Hwy
Wichita Falls, TX 76310

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ford Motor Credit Company LLC | (d)Main Street Acquisition Corp<br>Becket and Lee LLP<br>Attorneys-Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | (u)U.S. Bank National Association |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38